1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC ALMADEN INVESTMENTS, LLC, | Case No. C-14-1631-RMW |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING** |
| WYLMINA E. HETTINGA, et al., | **[Re: Docket Nos. 26, 30, 34, 38, 39, 48]** |
| Defendants. | |

The court finds all motions set for hearing on Friday, September 26, 2014, Dkt. Nos. 26, 30, 34, 38, 39, 48, suitable for decision without oral argument. Civil Local Rule 7-1(b). The hearing set for September 26, 2014 is vacated.

Dated: September 24, 2014

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING
Case No. C-14-1631-RMW
RDS
                                    - 1 -